UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-16525 |
| | ) | |
| Robert G. Tischler | ) | Hon. Pat E. Morgenstern-Clarren |
| Jessica Tischler | ) | CHAPTER 13 |
|     Debtors | ) | |
| | ) | **Notice of Voluntary Conversion** |
| | ) | **to Chapter 7** |
| | ) | |

    The Debtors, Robert & Jessica Tischler, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

    1. This case, filed on October 13, 2014 is a case under Chapter 13 of the Bankruptcy Code.

    2. The Debtors are eligible to be Debtors under Chapter 7 of the Bankruptcy Code.

    WHEREFORE, the Debtors pray for relief under Chapter 7 of the Bankruptcy Code.

Respectfully Submitted,

/s/ Marc E. Dann
Marc E. Dann 0039425
William C. Behrens 0093031
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 - fax
notices@dannlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that April 21, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system ("ECF"). Parties may access this filing through the Court's system.

US Trustee's Office at Trustee@Usdoj.Gov

Craig Shopneck, Chapter 13 Trustee at cshopneck13@ecf.epiqsystems.com

Theodore A Konstantinopoulos for Creditor Wells Fargo Dealer Services at ndohbky@jbandr.com

And regular US Mail:

AFNI
ATTN: Bankruptcy
PO Box 223721
Dallas, TX 75222

Cap One
Po Box 85520
Richmond, VA 23285

Cavalry Portfolio Services
Po Box 27288
Tempe, AZ 85285

Citizen's Bank
Charter One
c/o Universal Fidelity
PO Box 219785
Houston, TX 77218

Cleveland Clinic Hospital
ATTN: Bankruptcy Dept
PO Box 931608
Cleveland, OH 44193

Cleveland Clinic Physicians
ATTN: Bankruptcy
PO Box 931608
Cleveland, OH 44193

Cleveland Hgts Water Dept.
ATTN: Bankruptcy
40 Severance Circle
Cleveland, OH 44118

Columbia Gas of Ohio
ATTN: Bankruptcy
200 Civic Center Drive
Columbus, OH 43215

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Credit America
ATTN: Bankruptcy Dept
101 Grovers Mill Rd, #303
Lawrence Township, NJ 08648

Credit Control LLC
5757 Phantom Drive, #330
Hazelwood, MO 63042

Credit Protection Assoc
13355 Noel Rd Ste 2100
Dallas, TX 75240

Cuyahoga County CSEA
1640 Superior Avenue East
PO Box 93318
Cleveland, OH 44101

Dept Of Ed/Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Enhanced Recovery Systems
8014 Bayberry Rd
Jacksonville, FL 32256

First Federal Credit Control
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

FirstCredit, Inc.
PO Box 630838
Cincinnati, OH 45263

Hillcrest Hospital
ATTN: Bankruptcy
6780 Mayfield Rd.
Cleveland, OH 44124

John Bondra Jr., DC
1492 South Green Road
Cleveland, OH 44121

Johson, Morgan & White
6800 Broken Sound Parkway
Boca Raton, FL 33487

Joseph, Mann & Creed
20600 Chagrin Blvd, #550
Beachwood, OH 44122

Karelyn Tischler
7695 McCreary Road
Independence, OH 44131

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

LVNV Funding LLC
Po Box 10497
Greenville, SC 29603

Malcolm Gerald & Assoc.
332 South Michigan #600
Chicago, IL 60604

Mark Kriwinsky DDS
Ashley Kriwinsky DDS
14443 Cedar Road
Cleveland, OH 44121

Mark Kyle DDS Inc.
5825 Landerbrook Dr, #121
Cleveland, OH 44124

Medgroup
PO Box 26070
Akron, OH 44319

Mid Atlantic Capital
ATTN: Bankruptcy
372 Old Mill Road
Millersville, MD 21108

Nat'l Educational Music Co
PO Box 1130
Mountainside, NJ 07092

NCO Financial Systems, Inc.
PO Box 17218
Dept 64
Wilmington, DE 19850

NE Ohio Reg Sewer Dist
ATTN: Bankruptcy
PO Box 81771
Cleveland, OH 44181

Novacare Rehabilitation
400 Technology Drive, #240
Canonsburg, PA 15317

NRS/Receivables
Po Box 8005
Cleveland, TN 37320

Payliance
3 Easton Oval Ste 210
Columbus, OH 43219

Portfolio Recovery Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Portfolio Recovery Assoc
PO Box 12903
Norfolk, VA 23541

PSE Credit Union Inc
5255 Regency Drive
Cleveland, OH 44129

Psychological Behavioral Consultant
24800 Highpoint Rd, Unit B
Beachwood, OH 44122

Regional Income Tax Agency
PO Box 470670
Broadview Heights, OH 44147

Revenue Group
4780 Hinckley Industrial Pkwy #200
Beachwood, OH 44122

Rural Metro Ambulance
ATTN: Bankruptcy
PO Box 3495
Toledo, OH 43607

Rural Metro Ambulance
PO Box 911203
Dallas, TX 75391

Shermata, Adams & Von Allmen
PO Box 5016
Rochester, MI 48308

Southwest Urgicare - Brook Park
ATTN: Bankruptcy Dept
15900 Snow Road #300
Brookpark, OH 44142

Trident Asset Management
53 Perimeter Ctr E Ste 4
Atlanta, GA 30346

UH Ahuja Medical Center
ATTN: Bankruptcy Dept
3999 Richmond Road
Beachwood, OH 44122

UHMP University Community
Practice
24761 Euclid Avenue
Euclid, OH 44117

United Collection Bureau
5620 Southwyck Boulevard
PO Box 140190
Toledo, OH 43614

University Hospitals
ATTN: Bankruptcy
20800 Harvard Road
Beachwood, OH 44122

University Hosp Medical Group
ATTN: Bankruptcy
PO Box 74116
Cleveland, OH 44194

University Suburban Health Center
ATTN: Bankruptcy
1611 South Green Road #A61
Cleveland, OH 44121

US Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301

Weltman, Weinberg & Reis
323 West Lakeside Ave #200
Cleveland, OH 44113

Wfds
Po Box 1697
Winterville, NC 28590

    /s/ Marc E. Dann
    Marc E. Dann 0039425
    William C. Behrens 0093031
    The Dann Law Firm Co., LPA
    Attorneys for Debtors