# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: ROBERT G TISCHLER  
JESSICA M TISCHLER  
Debtor(s)

Case No.: 14-16525-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2014.
2) The plan was confirmed on 04/01/2015.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2016.
5) The case was converted on 04/21/2016.
6) Number of months from filing or conversion to last payment: 13.
7) Number of months case was pending: 18.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 273,149.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $27,726.51 | |
| Less amount refunded to debtor: | $432.41 | |
| **NET RECEIPTS:** | | $27,294.10 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,279.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,120.38 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,399.38 |
| Attorney fees paid and disclosed by debtor: | $721.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA NA | Unsecured | 2,350.00 | 2,366.54 | 2,366.54 | .00 | .00 |
| CAPITAL ONE NA | Unsecured | 890.00 | 890.46 | 890.46 | .00 | .00 |
| CAVALRY PORTFOLIO SVCS | Unsecured | 927.00 | 927.15 | 927.15 | .00 | .00 |
| CAVALRY PORTFOLIO SVCS | Unsecured | NA | NA | NA | .00 | .00 |
| CAVALRY SPV I LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| CITY OF CLEVELAND HEIGHTS | Unsecured | 750.00 | NA | NA | .00 | .00 |
| COLUMBIA GAS OF OHIO | Unsecured | 747.00 | 925.45 | 925.45 | .00 | .00 |
| COLUMBIA GAS OF OHIO INC | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT CONTROL LLC | Unsecured | NA | NA | NA | .00 | .00 |
| CSEA | Unsecured | NA | NA | NA | .00 | .00 |
| DIRECT TV | Unsecured | 123.70 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 599.00 | 487.84 | 487.84 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: ROBERT G TISCHLER  
      JESSICA M TISCHLER  
      Debtor(s)

Case No.: 14-16525-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DR MARK KRIWINSKY | Unsecured | 34.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORP | Unsecured | 183.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORP | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 267.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 32.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 21.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 20.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 14.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 14.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 10.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 7.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 7.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 63.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 417.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 408.00 | NA | NA | .00 | .00 |
| HILLCREST HOSPITAL | Unsecured | 377.00 | NA | NA | .00 | .00 |
| JOHNSON MORGAN & WHITE  PETROI | Unsecured | NA | NA | NA | .00 | .00 |
| JOSEPH MANN & CREED | Unsecured | NA | NA | NA | .00 | .00 |
| KARELYN TISCHLER | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 1,746.00 | NA | NA | .00 | .00 |
| MALCOLM S GERALD & ASSOCIATES IN | Unsecured | NA | NA | NA | .00 | .00 |
| MEDGROUP | Unsecured | NA | NA | NA | .00 | .00 |
| MID ATLANTIC CAPITAL | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| NATIONAL EDUCATIONAL MUSIC CO | Unsecured | 1,028.73 | NA | NA | .00 | .00 |
| NATIONWIDE RECOVERY SERVICE | Unsecured | 163.00 | NA | NA | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | 30,767.00 | 42,900.53 | 42,900.53 | .00 | .00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | .00 | .00 | .00 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| NEORSD | Unsecured | 500.00 | NA | NA | .00 | .00 |
| NOVACARE REHABILITATION | Unsecured | NA | NA | NA | .00 | .00 |
| OHIO BELL TELEPHONE COMPANY | Unsecured | 131.00 | 130.85 | 130.85 | .00 | .00 |
| ORION | Unsecured | 28.00 | 27.71 | 27.71 | .00 | .00 |
| ORION | Unsecured | NA | .00 | .00 | .00 | .00 |
| PAYLIANCE | Unsecured | 91.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY & ASSOC LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 3,216.00 | 3,215.60 | 3,215.60 | .00 | .00 |

35

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ROBERT G TISCHLER  
      JESSICA M TISCHLER  
      Debtor(s)

Case No.: 14-16525-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 173.00 | 298.12 | 298.12 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENTS LLC | Secured | 20,551.50 | 20,947.06 | 20,947.06 | 1,807.68 | 1,130.64 |
| PSE CREDIT UNION INC | Unsecured | 5,102.00 | NA | NA | .00 | .00 |
| PSYCHOLOGICAL & BEHAVIORAL CONS | Unsecured | 72.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 53.76 | 53.76 | 53.76 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 433.00 | 174.08 | 174.08 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 82.00 | 179.98 | 179.98 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 141.13 | 141.13 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 61.10 | 61.10 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 97.14 | 97.14 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 228.18 | 228.18 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 56.34 | 56.34 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 251.79 | 251.79 | .00 | .00 |
| REGIONAL INCOME TAX AGENCY | Unsecured | 7,422.00 | 3,552.81 | 3,552.81 | .00 | .00 |
| REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| RURAL/METRO | Unsecured | NA | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | 3,831.00 | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | 7,415.00 | NA | NA | .00 | .00 |
| SHEMETA ADAMS & VON ALLMEN PC | Unsecured | NA | NA | NA | .00 | .00 |
| SOUTHWEST GENERAL URGICARE | Unsecured | 14.47 | NA | NA | .00 | .00 |
| UH AHUJA MEDICAL CTR | Unsecured | 231.51 | NA | NA | .00 | .00 |
| UHMP UNIVERSITY COMMUNITY SPEC | Unsecured | 180.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU INC | Unsecured | NA | NA | NA | .00 | .00 |
| UNIVERSAL FIDELITY | Unsecured | 272.28 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITAL | Unsecured | 436.00 | NA | NA | .00 | .00 |
| UNIVERSITY HOSPITALS MEDICAL GRO | Unsecured | 25.00 | NA | NA | .00 | .00 |
| UNIVERSITY SUBURBAN | Unsecured | 100.00 | NA | NA | .00 | .00 |
| US BANK NA | Secured | 115,192.97 | 999,999.99 | 16,579.58 | 16,579.58 | .00 |
| US BANK NA | Secured | 19,180.03 | 19,180.03 | 19,180.03 | 4,376.82 | .00 |
| WELLS FARGO BANK NA | Secured | 4,934.00 | 3,511.81 | 3,511.81 | .00 | .00 |
| WELLS FARGO BANK NA | Secured | NA | 622.74 | 622.74 | .00 | .00 |

Page 3 of 4           UST Form 101-13-FR-S (9/1/2009)

14-16525-pmc    Doc 61    FILED 04/29/16    ENTERED 04/29/16 11:20:02    Page 3 of 4

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ROBERT G TISCHLER  
JESSICA M TISCHLER  
Debtor(s)

Case No.: 14-16525-pmc

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELTMAN WEINBERG & REIS CO LPA | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 16,579.58 | 16,579.58 | .00 |
| Mortgage Arrearage: | 19,180.03 | 4,376.82 | .00 |
| Debt Secured by Vehicle: | 24,458.87 | 1,807.68 | 1,130.64 |
| All Other Secured: | 622.74 | .00 | .00 |
| **TOTAL SECURED:** | 60,841.22 | 22,764.08 | 1,130.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 56,966.56 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,399.38 |
| Disbursements to Creditors: | $23,894.72 |
| **TOTAL DISBURSEMENTS:** | $27,294.10 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/27/2016    By: /s/Craig Shopneck - CLEVELAND  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.