**This document was signed electronically on January 17, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: January 17, 2017**



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO AT CLEVELAND

| | |
|---|---|
| In re: | CASE NO. 14-16525-pmc |
| ROBERT G. TISCHLER<br>JESSICA M. TISCHLER | CHAPTER 7 |
|    aka JESSICA VALLEJO<br>   aka JESSICA VALLEJO-MCCANN<br>   aka JESSICA MCCANN | JUDGE PAT E MORGENSTERN-CLARREN |
|                           Debtors | **ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT (Docket #69 )** |
| | **3649 ANTISDALE AVENUE<br>CLEVELAND HEIGHTS, OH 44118** |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank National Association ("Movant") (Docket #69), pertaining to real estate located at 3649 Antisdale Ave, Cleveland Heights, OH 44118. Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested. IT IS, THEREFORE,

ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

    IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 3649 Antisdale Avenue, Cleveland Heights, OH 44118.

# # #

SUBMITTED BY:

/s/ Steven H. Patterson
_____
Steven H. Patterson
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099

**Copies to:**

**Electronically Via ECF Mail:**

Marc E. Dann, Debtor's Counsel
mdann@dannlaw.com

Waldemar J. Wojcik, Bankruptcy Trustee
wwojcik@epitrustee.com

U.S. Trustee
(Registered Address@usdoj.gov

Steven H. Patterson
OHBK@rslegal.com

**Regular US Mail**:

Robert G. Tischler, Debtor
3649 Antisdale Avenue
Cleveland, OH 44118

Jessica M. Tischler, Debtor
3649 Antisdale Avenue
Cleveland, OH 44118

Portfolio Recovery Assoc.
120 Corporate Blvd., Suite 1
Norfolk, VA 23502